

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00389-CV

| | | |
|---|---|---|
| ACCLAIM PHYSICIAN GROUP, INC., Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-326748-21) |
| V. | § | October 19, 2023 |
| KIERRA WRIGHT AND DOMONIQE JACKSON, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Acclaim Physician Group, Inc.'s motion to dismiss Dr. Jacqueline Garda is reversed and we render a judgment dismissing Dr. Jacqueline Garda from the suit.

It is further ordered that appellees Kierra Wright and Domoniqe Jackson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker